UNITED STATES of America, Plaintiff–Appellee,

v.

Eduardo TORRES, Defendant–Appellant.

No. 03–31066.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 5, 2004.

Josette Louise Cassiere, Assistant US Attorney, Shreveport, LA, for Plaintiff–Appellee.

H. Cameron Murray, Monroe, LA, for Defendant–Appellant.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

R. 47.5.4.

PER CURIAM.*

Eduardo Torres appeals from an order of the district court revoking a magistrate judge's order of release pending trial. The evidence as a whole supports the district court's conclusion that no conditions of release exist that would reasonably assure the safety of the community were Torres to be released pending trial. *See United States v. Rueben,* 974 F.2d 580, 586 (5th Cir.1992); 18 U.S.C. § 3142(e) and (g).

The judgment of the district court is AFFIRMED. The Government's motion to supplement the record is DENIED as unnecessary.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

